# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN M. HARTMAN,<br><br>    Defendant. | Case No. 1:22-po-00025-SAB-1<br><br>ORDER DIRECTING CENTRAL VIOLATIONS BUREAU TO REFUND OVERPAYMENT TO DEFENDANT<br><br>(ECF Nos. 5, 6) |

    A citation was entered in this action as to Defendant Sean Hartman on February 2, 2022. (ECF No. 1.)  The citation specified the collateral due was a $150 forfeiture amount, and a $30 processing fee, for a total of $180.  (Id.)  On February 24, 2022, following a failure to appear for an initial appearance on February 17, 2022, the Court assessed a $250 fine, along with a $30.00 processing fee, for a total of $280.  (ECF No. 3.)  An arrest warrant issued on February 25, 2022.  (ECF No. 4.)  On February 26, 2022, Defendant paid a total of $180, and on April 12, 2022, Defendant paid an additional $280.  (ECF Nos. 5, 6.)  The arrest warrant was recalled on April 12, 2022.  (ECF No. 7.)  Defendant should be refunded the $180 payment as the $280 reassessment incorporated the original fine amount.

/ / /

/ / /

/ / /

1

1  Accordingly, the Central Violations Bureau is HEREBY DIRECTED to refund $180.00 on citation number 9073439 to Defendant Sean M. Hartman.

IT IS SO ORDERED.

Dated: __**May 4, 2022**__

UNITED STATES MAGISTRATE JUDGE